Tyler M. Paetkau (Bar No. 146305)
tyler.paetkau@huschblackwell.com
Olga Savage (Bar No. 252009)
Olga.Savage@huschblackwell.com
HUSCH BLACKWELL LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone:     510.768.0650
Facsimile:      510.768.0651

Delia Maria Berrigan (Pending Admission *Pro Hac Vice*)
delia.berrigan@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:     816.983.8190

Attorneys for Plaintiff
AEB Biochemical USA

Ryan D. Barack *Pro Hac Vice*
rbarack@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, FL 33765
Telephone: 727.441.4947

Attorney for Defendant
77ECS, LP dba Elite Consulting Services

Ms. Victoria Tagliente. Defendant *In Propria Persona*
6177 North Glenn Avenue
Fresno, CA 93704
tagliente2@gmail.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AEB BIOCHEMICAL USA, a California corporation,<br><br>             Plaintiff,<br><br>v.<br><br>VICTORIA TAGLIENTE, an individual; and 77ECS, LP dba ELITE CONSULTING SERVICES,<br><br>             Defendants. | Case No. 1:24-cv-00905 KES-SKO<br><br>**STIPULATION AND  ORDER TO SET DEADLINE FOR RESPONSIVE PLEADINGS**<br><br>Before: Hon. Judge Kirk E. Sherriff Magistrate Judge Sheila K. Oberto<br><br>(Doc. 29) |

WHEREAS, Plaintiff AEB Biochemical USA filed its Complaint in the above action on August 5, 2024;

WHEREAS, on August 9, 2024, Plaintiff AEB Biochemical USA personally served the Summons and Complaint on Defendants Victoria Tagliente and 77ECS, LP dba Elite Consulting Services;

WHEREAS, on August 9, 2024, Plaintiff AEB Biochemical USA filed an application for a Temporary Restraining Order ("TRO") and Order to Show Cause ("OSC") Why the Court Should Enter a Preliminary Injunction ("PI");

WHEREAS, on August 20, 2024, the Court held a hearing on Plaintiff AEB Biochemical USA's application for a TRO and an OSF regarding PI, denied and granted the application in part, and set a status conference for September 25, 2024 to allow for the Parties to explore informal settlement negotiations;

WHEREAS, the Court held a status conference on September 27, 2024 and the Parties indicated that they would file a stipulation and proposed order with the U.S. Magistrate Judge regarding the filing of responsive pleadings to Plaintiff AEB Biochemical USA's Complaint;

WHEREAS, Parties circulated a proposed stipulation and order agreeing to October 11, 2024 as the last for Defendants to file pleadings responsive to Plaintiff AEB Biochemical USA's Complaint;

WHEREAS, on October 9, 2024, Hurricane Milton made landfall in Florida and moved across the state causing power outages and requiring Ryan D. Barack, Attorney for Defendant 77ECS, LP, to evacuate;

WHEREFORE, the Parties hereby stipulate that the last day for Defendants to file pleadings responsive to Plaintiff AEB Biochemical USA's Complaint is October 25, 2024.

IT IS SO STIPULATED.

Dated: October 24, 2024                    */s/ Ryan D. Barack*

                                        Ryan D. Barack (Pending Admission *Pro Hac Vice*)
                                        Attorney for Defendant 77ECS, LP dba Elite Consulting Services

Dated: October 18, 2024          /s/_____
                                 Victoria Tagliente. Defendant *In Propria Persona*

Dated: October 24, 2024          HUSCH BLACKWELL LLP

                          By:   */s/ Tyler Paetkau*
                                Tyler M. Paetkau
                                Olga Savage
                                Delia Maria Berrigan

                                Attorneys for Plaintiff
                                AEB Biochemical USA

**ORDER**

Based on the above Stipulation by the Parties (Doc. 29), and for good cause shown, Defendants shall file their pleadings responsive to Plaintiff AEB Biochemical USA's Complaint, (Doc. 1), on or before October 25, 2024.

IT IS SO ORDERED.

Dated:   **October 27, 2024**          */s/ Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE