

# United States District Court
# Eastern District of California

| AEB BIOCHEMICAL USA | | Case Number: | 1:24-cv-00905 KES-SKO |

Plaintiff(s)

V.

| VICTORIA TAGLIENTE et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Delia M. Berrigan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff AEB Biochemical USA,

On 09/13/2013 (date), I was admitted to practice and presently in good standing in the Supreme Court and all Courts of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/28/2025                Signature of Applicant: /s/ Delia M. Berrigan

**Pro Hac Vice Attorney**

Applicant's Name: Delia M. Berrigan
Law Firm Name: Husch Blackwell, LLP
Address: 4801 Main Street, Suite 1000

City: Kansas City   State: MO   Zip: 64112
Phone Number w/Area Code: (816) 983-8190
City and State of Residence: Kansas City, MO
Primary E-mail Address: delia.berrigan@huschblackwell.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tyler M. Paetkau
Law Firm Name: Husch Blackwell, LLP
Address: 1999 Harrison Street, Suite 1300

City: Oakland   State: CA   Zip: 94612
Phone Number w/Area Code: (510) 768-0660   Bar #: 146305

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/3/2025

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT

# EXHIBIT A

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/13/2023,

## Delia Maria Berrigan

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 24th day of February, 2025.

*Betsy Ledgerwood*

Clerk of the Supreme Court of Missouri