# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AEB BIOCHEMICAL USA,** | No. 1:24-cv-00905-KES-SKO |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | |
| **VICTORIA TAGLIENTE, et al.**, | (Doc. 48) |
| Defendants. | |

On September 16, 2025, the parties filed a joint stipulation dismissing the action. (Doc. 48.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **September 16, 2025**                    /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE